[Cite as *State v. Snyder*, 2013-Ohio-5570.]

COURT OF APPEALS
KNOX COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | |
|---|---|
| STATE OF OHIO | JUDGES:<br>Hon. William B. Hoffman, P.J. |
| Plaintiff-Appellee | Hon. Patricia A. Delaney, J.<br>Hon. Craig R. Baldwin, J. |
| -vs- | Case No. 13CA16 |
| ELIZABETH SNYDER | |
| Defendant-Appellant | O P I N I O N |


CHARACTER OF PROCEEDING:   Appeal from the Knox County Court of
Common Pleas, Case No. 12CR08-0119


JUDGMENT:        Reversed and Vacated


DATE OF JUDGMENT ENTRY:   December 16, 2013


APPEARANCES:


For Plaintiff-Appellee      For Defendant-Appellant


JOHN C. THATCHER       JOHN A. DANKOVICH
Knox County Prosecutor      Knox County Public Defender
JOSEPH D. SAKS        One Public Square
Assistant Prosecuting Attorney   Mount Vernon, Ohio 43050
Knox County Prosecutor's Office
117 East High Street, Suite 234
Mount Vernon, Ohio 43050

*Hoffman, P.J.*

{¶1}   Defendant-appellant Elizabeth Snyder appeals her conviction on one count of Attempted Corrupting Another with Drugs, in violation of R.C. 2923.02(A) and R.C. 2925.02(A)(3), following her plea of no contest.  The state of Ohio is Appellee.

{¶2}   Appellant is the birth mother of L.S.  L.S. was born live and tested positive for opiates.  Appellant admitted to using opiates while pregnant.[1]  The sole issue presented herein is whether L.S. is "another" for purposes of the charged offense.

{¶3}   This court recently addressed this exact issue in *State v. Bales*, 5th Dist. No. 13CA5, 2013-Ohio-4957.  Upon review, we adhere to the rationale expressed in *Bales* and sustain Appellant's sole assignment of error (albeit not on the authority of *State v. Gray*).

{¶4}   The judgment of the Knox County Court of Common Pleas is reversed and Appellant's conviction is vacated.

By: Hoffman, P.J.

Delaney, J.  and

Baldwin, J. concur

_____
HON. WILLIAM B. HOFFMAN


_____
HON. PATRICIA A. DELANEY


_____
HON. CRAIG R. BALDWIN

---

[1] A fuller rendition of the facts is unnecessary for our resolution of this appeal.

IN THE COURT OF APPEALS FOR KNOX COUNTY, OHIO
FIFTH APPELLATE DISTRICT

STATE OF OHIO                           :
                                        :
    Plaintiff-Appellee                  :
                                        :
-vs-                                    :                   JUDGMENT ENTRY
                                        :
ELIZABETH SNYDER                        :
                                        :
    Defendant-Appellant                 :                   Case No. 13CA16

For the reason stated in our accompanying Opinion, the judgment of the Knox County Court of Common Pleas is reversed and Appellant's conviction is vacated. Costs waived.

_____
HON. WILLIAM B. HOFFMAN

_____
HON. PATRICIA A. DELANEY

_____
HON. CRAIG R. BALDWIN